DAYLE ELIESON
United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *lindsy.roberts@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE WILSON, *et al.*, | Case No. 2:17-cv-02863-APG-VCF |
| Plaintiffs, | |
| v. | **UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER** |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

The United States hereby requests that the settlement conference scheduled for **October 16, 2018** before United States Magistrate Judge Ferenbach be continued to a later date.

This continuance is necessary because counsel for the United States has a scheduling conflict on October 16, 2018, which precludes her from appearing on that date.

The parties have both agreed to a continuance and propose the following dates for the Court's consideration: **October 23, October 24, or October 25, 2018**.

It is also requested that the confidential settlement conference statement be due one week prior to the new date of the settlement conference.

This continuance is sought in good faith, and not for purposes of undue delay.

1

For the reasons stated above, the United States respectfully requests that the Court grant this unopposed motion for a continuance of the October 16, 2018 settlement conference.

Respectfully submitted this 26th day of September 2018.

DAYLE ELIESON
United States Attorney

*/s/ Lindsy M. Roberts*
LINDSY M. ROBERTS
Assistant United States Attorney

**IT IS SO ORDERED:**

**The settlement conference currently scheduled for October 16, 2018 is hereby continued to** December 5**, 2018 at** 10:00 AM**.**

The confidential statement is due to chambers by **12:00 PM, November 28, 2018**.

All else as stated in the order (ECF No. 15) setting the settlement conference remains unchanged.

UNITED STATES MAGISTRATE JUDGE

DATED: September 27, 2018

**PROOF OF SERVICE**

I, Lindsy M. Roberts, AUSA, certify that the **UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER** was served this date via the Court's Electronic Case Filing system.

Dated this 26th day of September 2018.

*/s/ Lindsy M. Roberts*
LINDSY M. ROBERTS
Assistant United States Attorney

2