IVY GAGE, ESQ.
Nevada Bar No. 5958
igage@gagelawfirm.com
THE GAGE LAW FIRM, PLLC
ONE Summerlin
1980 Festival Plaza Drive, Suite 270
Las Vegas, Nevada 89135
(702) 869-0800/(702) 869-0900 (fax)
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE WILSON, Individually as an Heir and as Special Administratrix for the Estate of PHILIP RUSSELL GROENEWALD; MATTHEW M. GROENEWALD, an Heir; RUSSELL GROENEWALD, an Heir; and LEAH GROENEWALD, an Heir,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:17-cv-02863-APG-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

NOW COME the Plaintiffs and the Defendant, by and through their counsel of record, and hereby stipulate that this matter shall be dismissed in its entirety with prejudice,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

each party to bear its own attorney fees and costs.

DATED this 17th day of July, 2019

**THE GAGE LAW FIRM, PLLC**

/s/ Ivy Gage

IVY GAGE, ESQ.
Nevada Bar No. 5958
1980 Festival Plaza Drive, Ste. 270
Las Vegas, Nevada 89135
Attorneys for Plaintiffs

DATED this ___ day of July, 2019

**UNITED STATES ATTORNEYS OFFICE**

/s/ Troy K. Flake

~~DAYLE ELIESON~~ NICK TRUTANICH
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702)388-6336
Attorneys for the United States of America

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: 7/18/2019